421749

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
02 FEB 11 PM 5:00
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

**MOTION FOR ADMISSION PRO HAC VICE**

Case Number: 01-2331 MJD/JGL

Case Title: Anthony C. Reno and Kimberly Reno
v.
Supportkids, Inc., Child Support Enforcement, Inc., and Richard C. Fry

Affidavit of Movant

I, Jonathan M. Bye, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Jess M. Irwin III., an attorney admitted to practice in the U.S. District Courts for the Western, Southern and Northern Districts of Texas, but not admitted to the bar of this court, who will be counsel for defendants Supportkids, Inc. and Richard C. Fry in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Jonathan M. Bye — MN Attorney License No. 149930 — Date 2/11/02

Affidavit of Proposed Admittee

I, Jess M. Irwin III., am currently a member in good standing of the U.S. District Courts for the Western, Southern and Northern Districts of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jess M. Irwin III
Typed/Printed Name

Jess M. Irwin III

Date 2-8-02

Attorney License No: 10425700 (Texas)
Law Firm Name & Address: Herring & Irwin, L.L.P.
806 West Avenue
Austin, Texas 78701
Telephone: (512) 320-0665
Facsimile: (512) 320-0931

Motion Granted: ________________ Date: FEB 12 2002
For the Court: Richard D. Sletten, Clerk

FEB 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK