**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Civil No: 01-2331 JNE-JSM

Anthony C. Reno and Kimberly Reno,

Plaintiffs,

v.

**ORDER**

Supportkids, Inc., a Texas corporation; Child Support Enforcement, Inc., a Texas corporation; and Richard C. Fry,

Defendants.

---

The Court having considered Plaintiffs' Motion to Extend Page Limits for their Memorandum in Opposition to Summary Judgment pursuant to D. Minn. LR 7.1(c). The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now and issues the following Order.

1. Plaintiffs' Motion to Extend Page Limits by 12 pages to their Memorandum of Law in Opposition to Defendants' Motion of Summary Judgment is hereby: **GRANTED**

Date: Oct 27 2003

Joan Erickson
United States District Court Judge

OCT 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS