**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***Anthony C. Reno and Kimberly Reno v. Supportkids, Inc.; Child Support Enforcement; and Richard C. Fry***
***Civil No. 01-2331 JNE/JSM***

I hereby certify that on September 24, 2004, I electronically filed the following documents:

**1. Answer of Supportkids, Inc. and Richard C. Fry to Amended Complaint**

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Karl Oliver**
The Oliver Group, PLC
415 Winsor Office Plaza
1935 West County Road B2
St. Paul, MN 55113

**E-mail: drewmn1@msn.com**

By s/Jonathan M. Bye
Jonathan M. Bye, #148830
Eric J. Peck, #025048x
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 fax
ATTORNEYS FOR DEFENDANTS