**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar. The cases will be called for trial **Thursday, June 16, 2005. This calendar will run through the week of June 20, 2005.**

All cases shall be deemed ready for immediate trial commencing **June 16, 2005,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: May 9, 2005..

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Thursday, June 16, 2005**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

___
**JURY TRIAL** **LABOR**

1. Local 1B Graphic Communications International Union Local 1B, — Scott Higbee 612/788-7030

v. 01cv1770 (JNE/JGL)

Bureau of Engraving, Inc., — Dean LeDoux 612/632-3233

**ESTIMATED TRIAL TIME:** 3 days

---

___
**JURY TRIAL** **MOTOR VEHICLE**

2. Leon and Corrine Dubbeldee, — Kevin Green 507/345-1424

v. 01cv2130 (JNE/JGL)

Dakota, Minnesota & Eastern Railroad Corporation, — Brian Donahoe 605/335-4950, Mark E. Salter

**ESTIMATED TRIAL TIME: 2 days**

| | | | |
|---|---|---|---|
| ____**JURY TRIAL** | | **CIVIL RIGHTS** | |
| 3. | Anthony and Kimberly Reno, | Karl Oliver | 651/636-7960 |
| | v. 01cv2331 (JNE/JSM) | | |
| | Supportkids, Inc., et al, | Eric Peck/Jonathan Bye | 612/371-3211 |
| | | Charles Herring | 512/320-0665 |

**ESTIMATED TRIAL TIME: 4-5 days**