# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RENO, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-2331 (JNE/JSM) |
| | ) | Date: May 26, 2005 |
| SUPPORTKIDS, INC., | ) | Court Reporter: |
| | ) | Time Commenced: 9:30 a.m. |
| Defendants. | ) | Time Concluded: 12:45 p.m. |
| | ) | Time in Court: 3 Hours 15 Minutes |

Hearing on: **Settlement**

APPEARANCES:

Plaintiffs: Karl Oliver
Defendant: Jon Bye

PROCEEDINGS:

☒ Settlement reached.

s/Katie Haagenson
Judicial Assistant